[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 38.]

THE STATE OF OHIO, APPELLANT, *v.* BOYD, APPELLEE.

[Cite as *State v. Boyd*, 1998-Ohio-668.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment reversed on authority of State v. Cook—Sexually oriented offender finding by trial court reinstated.*

(No. 98-1486—Submitted October 13, 1998—Decided December 2, 1998.)

CERTIFIED by the Court of Appeals for Huron County, No. H-97-041.

_____

*Russell V. Leffler*, Huron County Prosecuting Attorney, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The trial court's finding that Irving C. Boyd is a sexually oriented offender is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____